NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
NOV 08 2017
AT 8:30
WILLIAM T. WALSH M
CLERK

HELEN ENOBAKHARE and WILLIAM ENOBAKHARE, *administrators ad prosequendem*,

    Plaintiffs,

v.

ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS), JANE DOES 1-10 (FICTICIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS), ABC CORPORATION (FICTITIOUS NAMES REPRESENTING UNKNOWN ENTITIES), THE YELLOW CAB COMPANY and ADAM TYUS,

    Defendants.

Civ. No. 16-1457

**ORDER**

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this _____ day of November, 2017,

ORDERED that Plaintiffs' Motion for Default Judgment (ECF No. 54) is DENIED; and it is further

ORDERD that the Clerk's entry of default against Defendant Adam Tyus, dated August 25, 2016, is hereby VACATED; and it is further

ORDERED that if Plaintiffs want to proceed in this action, they must effect proper service of process on Defendant Tyus by December 8, 2017; and it is further

ORDERED that Plaintiffs must provide the Court with a status update no later than December 13, 2017; and it is further

ORDERED that if Plaintiffs fail to properly serve Defendant Tyus by December 8th or update the Court by December 13th, the Court will dismiss this action for failure to prosecute.

*Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.