<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELEN ENOBAKHARE and WILLIAM ENOBAKHARE, | Civ. No. 16-1457 |
| Plaintiffs, | **ORDER** |
| v. | |
| ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS), JANE DOES 1-10 (FICTICIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS), ABC CORPORATION (FICTITIOUS NAMES REPRESENTING UNKNOWN ENTITIES), THE YELLOW CAB COMPANY and ADAM TYUS, | |
| Defendants. | |

RECEIVED

DEC 2 0 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

<u>THOMPSON, U.S.D.J.</u>

This matter comes before the Court upon its own motion. **IT APPEARING** that on

November 8, 2017, this Court vacated entry of default against Defendant Adam Tyus, ordered

Plaintiffs to effect proper service of process on Defendant Tyus by December 8, 2017, and

ordered Plaintiffs to provide the Court with a status update no later than December 13, 2017

(ECF Nos. 55, 56); and it further

**APPEARING** that in the November 8th Order (ECF No. 56) the Court advised Plaintiffs

that failure to properly serve Defendant Tyus by December 8th and update the Court by

December 13th would result in dismissal for failure to prosecute pursuant to Local Civil Rule

41.1(a); and it further

**APPEARING** that Plaintiffs have received prior notice from this Court that failure to act in compliance with court deadlines risks dismissal for failure to prosecute (*see, e.g.*, ECF Nos. 46, 48, 50, 52); and it further

**APPEARING** that Plaintiffs did not provide any update by the deadline of December 13, 2017, have otherwise failed to communicate with the Court since the November 8th Order was filed, and therefore the Court has no knowledge of proper service on Defendant Tyus;

**IT IS** on this 20th day of December, 2017,

**ORDERED** that this action is hereby DISMISSED and the Clerk's Office is directed to close the case.

ANNE E. THOMPSON, U.S.D.J.